# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBISON HALL, | ) |
| | ) |
| Petitioner, | )   Case No. 1:09-cv-203-SJM-MPK |
| | ) |
| v. | ) |
| | ) |
| MR. SOBINA, *et al.*, | ) |
| | ) |
| Respondents. | ) |

## MEMORANDUM ORDER

The instant petition for writ of habeas corpus was received by the Clerk of Court on August 11, 2009 and was referred to United States Magistrate Judge Maureen P. Kelly for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.  The Report and Recommendation, filed on March 5, 2012 [9], recommends that the instant petition for writ of habeas corpus be denied and that a certificate of appealability also be denied.  The parties were allowed fourteen (14) days from the date of service in which to file objections.  Service was made on Petitioner by certified mail at SCI-Albion, where he is currently incarcerated, and on the Respondents.  No objections to the Report and Recommendation have been filed to date.

After de novo review of the petition and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 10th Day of April, 2012;

IT IS ORDERED that the instant petition for writ of habeas corpus be, and hereby is, DENIED.  Inasmuch as reasonable jurists would not find it debatable whether the Petitioner's claims are procedurally defaulted and/or time-barred and/or lacking in merit, IT IS FURTHER ORDERED that no certificate of appealability shall issue.

The Report and Recommendation of Magistrate Judge Kelly, filed on March 5, 2012 [9], is adopted as the opinion of the Court.

                s/   <u>Sean J. McLaughlin</u>
                    SEAN J. McLAUGHLIN
                    United States District Judge

Cm:   All parties of record.
       U.S. Magistrate Judge Maureen P. Kelly